```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

ILLINOIS CENTRAL RAILROAD COMPANY                           PLAINTIFF

VERSUS                           CIVIL ACTION NO. 5:05cv160-DCB-JMR

LISA BLAIR CAIN; BRIAN KELLY
BLAIN; GENEVIEVE BOHRER a/k/a
GENNY CAIN OR GENEVIEVE CAIN;
and JOHN DOES 1-10                                         DEFENDANTS


<u>FINAL JUDGMENT</u>

This cause having come before the Court on the defendants' Motion to Dismiss First Amended Complaint [docket entry no. 9], and the Court having granted the Motion in a separate Memorandum Opinion and Order which disposes of all claims made by the plaintiffs in this suit; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 12th day of April, 2006.


                                  <u>S/DAVID BRAMLETTE</u>
                                  UNITED STATES DISTRICT JUDGE